IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cr-215

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| SEAN F. MESCALL | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se Motion to Dismiss on Double Jeopardy Grounds. (Doc. No. 20).

While Local Criminal Rule 47.1(H) limits consideration of pro se motions when a defendant is represented by counsel, this defendant has been permitted to represent himself, (Order, Sept. 10, 2012).

**IT IS, THEREFORE, ORDERED,** that the government shall file a response to the Motion to Dismiss within seven (7) days of the entry of this Order. The government shall respond to future motions consistent with Local Criminal Rule 47.1.

The Clerk is directed to certify copies of this order to the defendant and to the United States Attorney.

Signed: November 15, 2012

Robert J. Conrad, Jr.
Chief United States District Judge