FILED: August 20, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6242
(3:12-cr-00215-RJC-1)
(3:17-cv-00202-RJC)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

SEAN F. MESCALL

  Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK